IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-274-GCM

STEVEN GAUTHIER,
    Plaintiff,

v.

THE SHAW GROUP, DOES 1-20,
    Defendants.

ORDER GRANTING
ADMISSION PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **COURTNEY ABRAMS**, filed June 1, 2012 [doc.#4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Abrams is admitted to appear before this court *pro hac vice* on behalf of plaintiff.

**IT IS SO ORDERED.**

Signed: June 5, 2012

Graham C. Mullen
United States District Judge