IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 3:12 CV 00274-GCM

STEVEN GAUTHIER,

    Plaintiff,

v.

THE SHAW GROUP and DOES 1-20,

    Defendants.

ORDER

This Matter having come before the Court on the application for Admission to Practice *Pro Hac Vice* of Keith D. Hudolin, and it appearing to the Court that Keith D. Hudolin is a member in good standing of the Maryland and District of Columbia Bars and will be appearing with Douglas M. Jarrell, a member in good standing with the Bar of this Court, that all admission fees have been paid, and the email address of the attorney seeking admission has been provided, the Court enters the following Order.

IT IS THEREFORE ORDERED that the Application for Admission to Practice *Pro Hac Vice* of Keith D. Hudolin is GRANTED and that Keith D. Hudolin is admitted to practice before this Court pro hac vice.

Signed: June 29, 2012

_____
Graham C. Mullen
United States District Judge