## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Civil Action No.: 3:12 CV 00274-GCM

| | |
|---|---|
| STEVEN GAUTHIER,<br><br>    **Plaintiff,**<br><br>  v.<br><br>THE SHAW GROUP, SHAW NUCLEAR<br>SERVICES, INC. SHAW POWER, INC. and<br>DOES 1-20,<br><br>    **Defendants.** | **ORDER** |

   **THIS MATTER** is before the Court on its own Motion. On June 28, 2012, Defendant The Shaw Group filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff, in lieu of opposing Defendant's Motion to Dismiss, elected to file a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B). Accordingly, Defendant's Motion to Dismiss is **DENIED AS MOOT WITH LEAVE TO RE-FILE**.

   **IT IS SO ORDERED.**

         Signed: August 6, 2012

         Graham C. Mullen
         United States District Judge