IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-274-GCM

| | | |
|---|---|---|
| STEVEN GAUTHIER, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| THE SHAW GROUP, *et al*, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jody Borrelli,** filed September 17, 2013 [doc.# 48].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Borrelli is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Steven Gauthier.

**IT IS SO ORDERED.**

Signed: September 18, 2013

Graham C. Mullen
United States District Judge