# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-CV-274

| | | |
|---|---|---|
| STEVEN GAUTHIER | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| THE SHAW GROUP, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The text-only Order granting the Motion for Leave to File an Amended Complaint [doc. 47] was inadvertently issued due to a clerical error. **IT IS THEREFORE ORDERED that said Order is HEREBY RESCINDED.**

SO ORDERED.

Signed: October 3, 2013

Graham C. Mullen
United States District Judge